# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:09–bk–20673–GBN

JAMES W HONEYCUTT
2741 SOUTH 155TH LANE
GOODYEAR, AZ 85338
**SSAN:** xxx–xx–1312
**EIN:**

Chapter: 7

DEBRA L HONEYCUTT
2741 SOUTH 155TH LANE
GOODYEAR, AZ 85338
**SSAN:** xxx–xx–9470
**EIN:**

Debtor(s)

## STATEMENT OF PRESUMED ABUSE

---

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under Title 11, United States Code, Section 707(b). Creditors may have the right to file a motion to dismiss the case under Section 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Date: October 8, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**