# EXHIBIT A

| In re | James & Debra Honeycutt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case # | 2-09-20673-GBN | | **Presumption does not arise** | | | | **Presumption arises** | | |
| | | | **Debtor's Calculations** | | | | **UST Calculations** | | |

### Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | | Column A Debtor's Income | Column B Spouse's Income | Difference | Column A Debtor's Income | Column B Spouse's Income | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Marital/filing status. d. Married, filing jointly. | | | | | | | | Marital/filing status. d. Married, filing jointly. | County Maricopa |
| | Household Size | 2 | County | | | | | | 2 | Household Size |
| | Tax Filing Status | Married Joint | Maricopa | | | | | | Married Joint | Tax Filing Status |
| 3 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | $ 3,150 | $ 2,917 | $ (263) | $ 3,413 | $ 2,917 | | |

| 4 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession, or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part V. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Debtor | Spouse | | | | | | Debtor | Spouse |
| a. | Gross receipts | $ - | $ - | | | | | | $ - | $ - |
| b. | Ordinary and necessary business expenses | | | | | | | | $ - | $ - |
| c. | Business income | Subtract Line b from Line a | | $ - | $ - | $ - | $ - | $ - | | |

| 5 | Rent and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Debtor | Spouse | | | | | | Debtor | Spouse |
| a. | Gross receipts | | | | | | | | $ - | $ - |
| b. | Ordinary and necessary operating expenses | | | | | | | | $ - | $ - |
| c. | Rent and other real property income | Subtract Line b from Line a | | $ - | $ - | $ - | $ - | $ - | | |

| 6 | Interest, dividends, and royalties. | $ - | $ - | $ - | | |
|---|---|---|---|---|---|---|
| 7 | Pension and retirement income. | $ - | $ - | $ - | | |
| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ - | $ - | $ - | | |

| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | | |
|---|---|---|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | | | | | |
| | Debtor | Spouse | | $ - | $ - | $ - |

| | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | | |
|---|---|---|---|---|---|---|
| a. | | | | | | $ - |
| b. | | | | | | $ - |
| | Total and enter on Line 10 | $ - | $ - | $ - | $ - | |

| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 3,150 | $ 2,917 | $ (263) | $ 3,413 | $ 2,917 |
|---|---|---|---|---|---|---|
| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 6,067 | $ (263) | $ | 6,330 |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ 72,800 | $ (3,160) | $ 75,960 | Line 13 = | $ 75,960 |
|---|---|---|---|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **Over State Median** | | **Over State Median** | Less Nontaxable Income e.g. Child support, VA | |
| | a. Enter debtor's state of residence: Arizona b. Enter debtor's household size: 2 | $ 57,620 | | $ 57,620 | | $ - |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed. The amount on Line 13 is less than or equal to the amount on Line 14. Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | | | **Complete the remaining parts of this statement.** | Taxable Inc | $ 75,960 |

Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ 6,067 | | $ 6,330 | | |
|---|---|---|---|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the amount of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | **Should Be Blank** | | | | |
| a. | | $ - | | | a. | $ - |
| b. | | | | | b. | |
| c. | | | | | c. | |
| | Total and enter on Line 17. | $ - | $ - | $ - | | |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ 6,067 | $ (263) | $ 6,330 | | |

### Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)
#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing, and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing, and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 985 | $ - | $ 985 |
|---|---|---|---|---|

Revised 11/6/2009

In re: James & Debra Honeycutt
Case #: 2-09-20673-GBN

**Presumption does not arise** | Debtor's Calculations
**Presumption arises** | UST Calculations

### Line 19B — National Standards: health care
Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.doj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.

| | Household members under 65 | | | Household members 65 years of age or older | | | Debtor | | UST | HH under 65 | HH over 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a1 | Allow per member | $60.00 | a2 | Allow per member | $144.00 | | | | | $60 | $144 |
| b1 | Number of members | 2 | b2 | Number of members | | | | | | 2 | |
| c1 | Subtotal | $120.00 | c2 | Subtotal | $ - | $120.00 | $ - | $120 | | $120.00 | $ - |

### Line 20A — Local Standards: housing and utilities; non-mortgage expenses
Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court).

Debtor: $433 | $ - | UST: $ - | $433

### Line 20B — Local Standards: housing and utilities; mortgage/rent expense
Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**

| | | Debtor | | UST | |
|---|---|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $1,030 | | $1,030 | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $1,333 | | $1,333 | |
| c. | Net mortgage/rental expense (Subtract Line b from Line a) | $ - | $ - | $ - | |

### Line 21 — Local Standards: housing and utilities; adjustment
if you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:

$ -

### Line 22A — Local Standards: transportation; vehicle operation/public transportation expense
You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.

Number of Vehicles: 2

Number of Vehicles (UST): 1
Car 6+ yrs or 75k miles? Add $200

Debtor: $464 | $32 | UST: $432 | $200

### Line 22B — Local Standards: transportation; additional public transportation expense
If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)

Debtor: $ - | $(173) | UST: $173 | Additional public transport exp = $173

### Line 23 — Local Standards: transportation ownership/lease expense; Vehicle 1
Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)

Number of Vehicles Owned: 2

Enter, in Line a below, the "Ownership Costs" for one car from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. Do not enter an amount less than zero.

Enter Model year of Vehicle:

| | | Debtor | | UST | |
|---|---|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs, | $489 | | $ - | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $0 | | $ - | |
| c. | Net ownership/lease expense for Vehicle 1 (Subtract Line b from Line a) | $489 | $489 | $ - | |

### Line 24 — Local Standards: transportation ownership/lease expense; Vehicle 2
Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the 'Ownership Costs' for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. Do not enter an amount less than zero.

Enter Model year of Vehicle:

| | | Debtor | | UST | |
|---|---|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs, Second Car | $489 | | $ - | |
| b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 42 | $0 | | $ - | |
| c. | Net ownership/lease expense for Vehicle 2 (Subtract Line b from Line a) | $489 | $489 | $ - | |

### Line 25 — Other Necessary Expenses: taxes
Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. Do not include real estate or sales taxes.

Debtor: $1,046 | Calc Taxes are Greater by $0 | $ - | UST: $1,046

| | |
|---|---|
| Fed W/H | $442 |
| SS Tax | $484 |
| State W/H | $120 |
| Total | $1,046 |

### Line 26 — Other Necessary Expenses: involuntary deductions for employment
Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. Do not include discretionary amounts, such as voluntary 401(k) contributions.

$ - | $ -

### Line 27 — Other Necessary Expenses: life insurance
Enter total average monthly premiums that you actually pay for term life insurance for yourself. Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.

$ - | $ -

### Line 28 — Other Necessary Expenses: court-ordered payments
Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due obligations included in Line 44.

$ - | $ -

### Line 29 — Other Necessary Expenses: education for employment or for a physically or mentally challenged child
Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available.

$ - | $ -

### Line 30 — Other Necessary Expenses: childcare
Enter the average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. Do not include other educational payments.

$ - | $ -

Revised 11/6/2009

In re: James & Debra Honeycutt
Case #: 2-09-20673-GBN

| | | | Presumption does not arise | | | Presumption arises | |
|---|---|---|---|---|---|---|---|
| | | | Debtor's Calculations | | | UST Calculations | |

| # | Description | | Debtor | | | UST | |
|---|---|---|---|---|---|---|---|
| 31 | Other Necessary Expenses: health care. Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. Do not include payments for health insurance or health savings accounts listed in Line 34. | | $ 160 | $ - | | $ 160 | |
| 32 | Other Necessary Expenses: telecommunication services. Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service-such as pagers, call waiting, caller id, special long distance, or Internet service-to the extent necessary for your health and welfare or that of your dependents. Do not include any amount previously deducted. | | $ 60 | $ 60 | | $ - | |
| 33 | Total Expenses Allowed under IRS Standards. Enter the total of Lines 19 through 32 | | $ 4,246 | $ 897 | | $ 3,349 | |

**Subpart B: Additional Living Expense Deductions**
Note: Do not include any expenses that you have listed in Lines 19-32

| # | Description | | Debtor | | | UST | |
|---|---|---|---|---|---|---|---|
| 34 | Health Insurance, Disability Insurance, and Health Savings Account Expenses. List the monthly expenses in the categories set out in lines a-c below that are reasonable and necessary for yourself, your spouse, or your dependents. | | | | | | |
| | a. Health Insurance | $ 158 | | | | $ | 158 |
| | b. Disability Insurance | | | | | $ | - |
| | c. Health Savings Account | | | | | $ | - |
| | Total and enter on Line 34 | | | | | | |
| | If you do not actually expend this total amount, state your actual total average monthly expenditures in the space | | $ 158 | $ - | | $ 158 | |
| 35 | Continued contributions to the care of household or family members. Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | | $ - | | $ - | |
| 36 | Protection against family violence. Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | | $ - | | $ - | |
| 37 | Home energy costs. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary. | | | $ - | | $ - | |
| 38 | Education expenses for dependent children less than 18. Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards. | | | $ - | | $ - | |
| 39 | Additional food and clothing expense. Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) You must demonstrate that the additional amount claimed is reasonable and necessary. | | $ 35 | $ 35 | | $ - | **Documentation is Needed** |
| 40 | Continued charitable contributions. Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ 125 | $ - | | $ 125 | |
| 41 | Total Additional Expense Deductions under § 707(b). Enter the total of Lines 34 through 40 | | $ 318 | $ 35 | | $ 283 | |

**Subpart C: Deductions for Debt Payment**

| 42 | Future payments on secured claims. For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | Name of Creditor | Property Securing the D | 60-month Avg Payme | Does pmt include tax/i | | | Payment | Months |
|---|---|---|---|---|---|---|---|---|
| a. | | Vehicle #1 | 0 | | | Vehicle #1 | $ - | $ - | 60 |
| b. | | Vehicle #2 | 0 | | | Vehicle #2 | $ - | $ - | 60 |
| c. | Countrywide | Mortgage | $ 1,332.52 | | | Mortgage | $ 1,333 | $ 1,333 | 60 |
| d. | | | $ - | | | other | $ - | $ - | 60 |
| | | | Total: Add Lines a, b and c | $ 1,333 | $ 0 | | $ 1,333 | |

Other payments on secured claims. If any debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments on Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| 43 | Name of Creditor | Property Securing the D | 1/60th of the Cure Amount | | | | Cure Amount | |
|---|---|---|---|---|---|---|---|---|
| a. | | | | | | $ - | $ - | |
| b. | | | | | | $ - | $ - | |
| c. | | | | | | $ - | $ - | |
| d. | | | | | | $ - | $ - | |
| | | | Total: Add Lines a, b and c | $ - | $ - | | $ - | |

| 44 | Payments on prepetition priority claims. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. Do not include current obligations, such as those set out in Line 28. | | | $ - | $ - | | $ - | **Total Priority Claims Amt** |
|---|---|---|---|---|---|---|---|---|
| 45 | Chapter 13 administrative expenses. If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | | | | | |
| | a. Projected average monthly chapter 13 plan payment. | $ - | | | | | $ 1,366 | |
| | b. Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | 10.0% | | | | | 10.0% | |
| | c. Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a | $ - | $ (137) | | $ 137 | |
| 46 | Total Deductions for Debt Payment. Enter the total of Lines 42 through 45. | | $ 1,333 | $ (137) | | $ 1,469 | |

**Subpart D: Total Deductions From Income**

| 47 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 33, 41, and 46. | | $ 5,896 | $ 795 | | $ 5,101 | |
|---|---|---|---|---|---|---|---|

**Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION**

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ 6,067 | $ (263) | $ 6,330 |
|---|---|---|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ 5,896 | $ 795 | $ 5,101 |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result | $ 171 | $ (1,059) | $ 1,229 |

Revised 11/6/2009

| In re | James & Debra Honeycutt | | | | | |
|---|---|---|---|---|---|---|
| Case # | 2-09-20673-GBN | Presumption does not arise | | | Presumption arises | |
| | | Debtor's Calculations | | | UST Calculations | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $ | 10,240 | $ (63,519) | $ | 73,759 |
| 52 | Initial presumption determination. Check the applicable box and proceed as directed. | | | | | |
| | The amount on Line 51 is less than $6,575. Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. | | | | **Presumption arises** | |
| | The amount set forth on Line 51 is more than $10,950. Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. | | | | | |
| | The amount on Line 51 is at least $6,575, but not more than $10,950. Complete the remainder of Part VI (Lines 53 through 55). | | | | | |
| 53 | Enter the amount of your total non-priority unsecured debt | $ | 158,204 | | $ | 158,204 |
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | | 39,551 | - | | 39,551 |
| 55 | Secondary presumption determination. Check the applicable box and proceed as directed. | | | | | |
| | The amount on Line 51 is less than the amount on Line 54. Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII. | | | | **Presumption arises** | |
| | The amount on Line 51 is equal to or greater than the amount on Line 54. Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | | | | |

### Part VII: ADDITIONAL EXPENSE CLAIMS

**Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.

| | Expense Description | Monthly Amount | | Monthly Amount | |
|---|---|---|---|---|---|
| 56 a. | | $ - | | $ - | |
| b. | | | | $ - | |
| c. | | | | $ - | |
| | Total: Add Lines a, b, and c $ | - | $ - | $ - | Total |

Revised 11/6/2009

Case 2:09-bk-20673-GBN    Doc 11-1    Filed 11/06/09    Entered 11/06/09 15:41:16    Desc
Exhibit A    Page 5 of 5