**ORDERED ACCORDINGLY.**



| | |
|---|---|
| ILENE J. LASHINSKY (#003073)<br>United States Trustee<br>District of Arizona | **Dated: January 28, 2010** |
| CHRISTOPHER J. PATTOCK (#009797)<br>Trial Attorney<br>230 N. 1st Ave., #204<br>Phoenix, Arizona 85003-1706<br>(602) 682-2600 (telephone)<br>(602) 514-7270 (facsimile) | _____<br>**GEORGE B. NIELSEN, JR**<br>**U.S. Bankruptcy Judge** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES W. HONEYCUTT, and<br>DEBRA L. HONEYCUTT,<br><br>　　　　Debtors. | Chapter 7<br><br>No. 2:09-bk-20673-GBN<br><br>ORDER CONVERTING CASE TO CHAPTER 13 |

The Court having reviewed and considered the Debtors' Motion to convert this case to chapter 13, the United States Trustee having consented to conversion, and based upon the entire record of the case, including the United States Trustee's motion to dismiss pursuant to 11 U.S.C. § 707(b), and the record as presented at the January 7, 2010 hearing on same, therefore,

IT IS HEREBY ORDERED that this case is converted to chapter 13; and

IT IS FURTHER ORDERED that the Debtors must file a Chapter 13 plan within 14 days of the date of this Order.

**DATED AND SIGNED ABOVE.**