**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax: 623-939-6718
Email: LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| JAMES W. HONEYCUTT and DEBRA L. HONEYCUTT, | Case No. 2:09-bk-20673-GBN |
| Debtors. | **NOTICE OF FILING MOTION FOR DISMISSAL OF CHAPTER 13 PROCEEDINGS** |

**TO DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN that the Debtors have filed a Motion for Dismissal in the above-referenced Chapter 13 proceeding.

Any objection or response to the Motion for Dismissal must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtor's attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion for Dismissal is filed within fourteen (14) days of the date of service of this Notice of Filing Motion to Dismiss Chapter 13 Proceedings, Debtors' request for

- 1 -

1  dismissal may be granted without a hearing, upon the Debtors filing a certificate of
2  service and no objection.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
*Attorney for Debtors*

An ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed to the parties
listed on the Master Mailing Matrix
this 17th day of March, 2010.

   /s/ S. Borek