Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re                                          Chapter 13

                                               Case No. 09-20673 PHX GBN

JAMES W. HONEYCUTT,
DEBRA L. HONEYCUTT

                    Debtor(s).        **TRUSTEE'S MOTION TO DISMISS CASE**
_____|

      Russell Brown, Chapter 13 Trustee, hereby moves to dismiss the case without further notice to the Debtor(s). The Motion to Dismiss is filed for the following indicated reason(s) and served on the parties below:

**XXX**    Pursuant to Rule 1017-1(b), L.R.B.P., either the single Debtor or both Debtors failed to appear at the meeting of creditors or a continued meeting of creditors as required by 11 U.S.C. § 343.

      Pursuant to Rule 1017-1(b), L.R.B.P., Debtor  failed to appear at the meeting of creditors or continued meeting of creditors as required by 11 U.S.C. § 343.  The joint Debtor spouse appeared at the required meeting and is <u>not</u> to be dismissed for this reason.

      Pursuant to Rule 1017-1(b), L.R.B.P., one or more of the Mailing List, Statement of Financial Affairs, Schedules, or Pay Advices have not been filed by the Debtor(s) as required by 11 U.S.C. § 521, and Rule 1007(b)(1), F.R.B.P.

      Pursuant to Rule 1017-1(b), L.R.B.P., a plan has not been timely filed by the Debtor(s) as required by 11 U.S.C. § 1321, Rule 3015, F.R.B.P., and Rule 2084-8(h), L.R.B.P.

_____
Russell Brown, Trustee
Scott Lieske, Staff Attorney

JOSEPH W. CHARLES
P.O. BOX 1737
 GLENDALE, AZ   85311-


JAMES W. HONEYCUTT
DEBRA L. HONEYCUTT
2741 SOUTH 155TH LANE
 GOODYEAR, AZ     85338